# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| BABBAGE HOLDINGS, LLC | § § | |
| v. | § § | Case No. 2:13-CV-750-JRG |
| ACTIVISION BLIZZARD INC. | § | |

---

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| BABBAGE HOLDINGS, LLC | § § | |
| v. | § § | Case No. 2:13-CV-751-JRG |
| CAPCOM USA, INC., ET AL. | § | |

## MINUTES FOR SHOW CAUSE HEARING
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### May 27, 2014

**OPEN:** 9:00 a.m.                                                                                          **ADJOURN:** 9:10 a.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Anthony Garza<br>Steven Callahan |
| ATTORNEY FOR DEFENDANTS: | Melissa Smith |
| LAW CLERK: | Wei Wang |
| COURT REPORTER: | Shelly Holmes, CSR, CRR |
| COURTROOM DEPUTY: | Jan Lockhart |

The Court continued the hearing until June 27, 2014 at 9:00 a.m.  If the parties are able to work out a mutually agreeable resolution, then they are to notify the Court and the Court will consider cancelling the hearing.