UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISON

| | |
|---|---|
| BABBAGE HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br>505 GAMES (U.S.), INC. | 2:13-CV-749<br>(Lead Case) |
| ACTIVISION PUBLISHING, INC. and<br>BLIZZARD ENTERTAINMENT, INC. | 2:13-CV-750 |

## ORDER AND DISMISSAL WITH PREJUDICE

Having considered Plaintiff Babbage Holdings, LLC's ("Babbage") and Defendants Activision Publishing, Inc. and Blizzard Entertainment, Inc.'s (collectively "Activision/Blizzard") Stipulated Motion for Dismissal With Prejudice of all claims asserted between them, the Court finds that the motion should be GRANTED.

It is hereby ORDERED, ADJUDGED, AND DECREED that all claims asserted by Babbage and Activision/Blizzard are dismissed WITH PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

The Clerk is ORDERED to terminate the Activision/Blizzard Defendants in Case No. 2:13-cv-749, and the Clerk is ORDERED to close Case No. 2:13-cv-750.

**SIGNED this 11th day of March, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE